# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MICHAEL  DRAWBAUGH, | No. 116 MM 2015 |
| Petitioner | |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA, COURT OF YORK COUNTY, THE HONORABLE MICHAEL E. BORTNER, | |
| Respondents | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**. The court of common pleas is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.